JOSIAH CALDWELL, Appellant, v. THE COMMERCIAL WAREHOUSE COMPANY OF NEW YORK, Respondent.

*Usury — sale of collaterals — when restrained.*

This court will continue an injunction granted to restrain a party from selling securities pledged as collateral to a loan, the complaint averring, and the answer denying, that the contracts in relation to commissions were designed to be, and were, mere covers for usury, when it appears that, in addition to seven per cent for interest and all expenses and disbursements attending the care and custody of the collaterals, and eight per cent on the gross proceeds of a sale, if one was made, a sum equal to twenty-four per cent per annum on the loan is charged for the care and custody of the bonds and stock certificates pledged, and this under an agreement which devolves all risk of loss on the borrower. It is impossible to say that the jury would not be justified in finding that this transaction was a cover for usury.

APPEAL from an order of the Special Term vacating an injunction, but the order not to take effect till the hearing of this appeal, made in an action brought to compel the surrender of securities pledged for what were alleged to be usurious loans.

*G. W. Cotterill* and *J. K. Porter*, for the appellant.

*E. W. Stoughton*, for the respondent, insisted that the court could not know judicially what would be a proper compensation for services. (*Smith* v. *Marvin*, 27 N. Y., 137 ; 40 id., 252.)

Opinion by DAVIS, P. J.

DANIELS and BRADY, JJ., concurred.

Order reversed, with costs, and an order entered continuing the injunction